UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
WEBER, THEODORE A § Case No. 11-48088
WEBER, JEANETTE R. §
 §
 §
 Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/21/2012 and the deadline for filing governmental claims was 05/21/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 127.13 , for total expenses of $ 127.13 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/08/2014          By: _____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-48088 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WEBER, THEODORE A | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | WEBER, JEANETTE R. | 341(a) Meeting Date: | 01/13/12 |
| For Period Ending: | 07/08/14 | Claims Bar Date: | 05/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3326 N. Ruby Franklin Park, IL 60131 | 103,050.00 | 0.00 | | 0.00 | FA |
| 2. 424 Megan Place Winthrop Harbor, IL 60096 | 199,750.00 | 0.00 | | 0.00 | FA |
| 3. Roller Home 8949 Riverview ln. Freemont, WI 54940 | 58,583.00 | 0.00 | | 0.00 | FA |
| 4. Corporate America Family Credit Union Member No.: | 3,255.86 | 0.00 | | 0.00 | FA |
| 5. All items at replacement value: love seat sofa, co | 500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing valued at used clothing store prices Loca | 500.00 | 0.00 | | 0.00 | FA |
| 7. AT&T Inc. Retirement Savings Balance - $66,116.20 | 69,116.20 | 0.00 | | 0.00 | FA |
| 8. 2003 RV Class B Plus VIN # 1FDXE45S03HA83979 - Mil | 20,000.00 | 0.00 | | 5,000.00 | FA |
| 9. 1999 Ford Expedition VIN# 1FMMPU18L5XLC29429 Milea | 1,492.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Jeep Grand Cheereoke VIN# 154HR48N46C118473 M | 5,200.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $461,447.06 | $0.00 | | $5,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE NEGOTIATING WITH DEBTOR TO PURCHASE BACK THE TRUSTEE'S INTEREST IN VEHICLES. TRUSTEE HAS FILED A MOTION FOR TURNOVER OF VEHICLES. DEBTOR IS PURCHASING VEHICLE BACK FROM THE TRUSTEE. DEBTORS MAKING INSTALLMENT PAYMENTS TO THE TRUSTEE. THE DEBTORS STILL OWE 3 INSTALLMENTS TO THE TRUSTEE - January 16, 2014. TRUSTEE HAS RECEIVED ALL INSTALLMENTS PAYMENTS FROM THE DEBTOR AND IS PREPARING HIS TFR - July 7, 2014.

Initial Projected Date of Final Report (TFR): 05/31/14     Current Projected Date of Final Report (TFR): 08/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-48088 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WEBER, THEODORE A | | Bank Name: | ASSOCIATED BANK |
| | WEBER, JEANETTE R. | | Account Number / CD #: | *******2432 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7323 | | | |
| For Period Ending: | 07/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/28/13 | 8 | JEANNETTE & THEODORE WEBER | | 1129-000 | 500.00 | | 500.00 |
| 07/31/13 | 8 | JEANNETTE & THEODORE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 1,000.00 |
| 09/09/13 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 1,500.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| 09/18/13 | 8 | JEANNETTE & THEORDORE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 1,990.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,980.00 |
| 11/06/13 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 2,480.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,470.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,460.00 |
| 12/17/13 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 2,960.00 |
| 12/31/13 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 3,460.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,450.00 |
| 02/05/14 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 3,950.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,940.00 |
| 02/25/14 | 8 | JEANNETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 4,440.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,430.00 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 5.00 | 4,425.00 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,415.00 |
| 04/08/14 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 4,915.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,905.00 |

Page Subtotals          5,000.00          95.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-48088 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WEBER, THEODORE A | Bank Name: | ASSOCIATED BANK |
|  | WEBER, JEANETTE R. | Account Number / CD #: | *******2432  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7323 |  |  |
| For Period Ending: | 07/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 5,000.00 | 95.00 | 4,905.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 5,000.00 | 95.00 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 5,000.00 | 95.00 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account (Non-Interest Earn - ********2432 | 5,000.00 | 95.00 | 4,905.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 5,000.00 | 95.00 | 4,905.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 29, 2014 |
|---|---|---|---|---|---|---|

Case Number:  11-48088  
Debtor Name:  WEBER, THEODORE A

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,377.13 | $1,377.13 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $5.00 | $5.00 |
| 001<br>3110-00 | COHEN & KROL, Attorney for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,382.50 | $2,382.50 |
| 000009A<br>050<br>4210-00 | AXIS Capital, Inc.<br>PO Box 2555<br>Grand Island, NE 68802 | Secured | | $0.00 | $22,493.71 | $22,493.71 |
| 000010A<br>999<br>6820-00 | Illinois Dept of Rev. Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Administrative | | $0.00 | $1,490.79 | $1,490.79 |
| 000001<br>070<br>7100-00 | Community First Credit Union<br>Po Box 1487<br>Appleton, WI 54912 | Unsecured | | $0.00 | $27,888.23 | $27,888.23 |
| 000002<br>070<br>7100-00 | AXIS Capital, Inc.<br>308 N. Locust St.<br>Grand Island, NE 68801 | Unsecured | | $0.00 | $26,144.55 | $26,144.55 |
| 000003<br>070<br>7100-00 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $7,962.61 | $7,962.61 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $7,540.55 | $7,540.55 |
| 000005<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $11,089.71 | $11,089.71 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 29, 2014 |

Case Number:    11-48088  
Debtor Name:    WEBER, THEODORE A

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006<br>070<br>7100-00 | United Fincorp LLC<br>1776 22nd Street<br>Suite 100<br>West Des Moines, IA 50266 | Unsecured | | $0.00 | $16,402.42 | $16,402.42 |
| 000007<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $29,342.90 | $29,342.90 |
| 000008<br>070<br>7100-00 | Sulvak LLC<br>3375 Belvidere Road<br>Unit G<br>Park City, IL 60085-6019 | Unsecured | | $0.00 | $50,753.15 | $50,753.15 |
| 000009B<br>070<br>7100-00 | AXIS CAPITAL, INC.<br>P.O. BOX 2555<br>GRAND ISLAND, NE 68802 | Unsecured | | $0.00 | $3,650.84 | $3,650.84 |
| 000010B<br>070<br>7100-00 | ILL. DEPT. OF REVENUE<br>BANKRUPTCY SECTION<br>P. O. BOX 64338<br>CHICAGO, I60664-0338L | Unsecured | | $0.00 | $176.60 | $176.60 |
| 000011<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>(Jc Penney)<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $2,430.54 | $2,430.54 |
| 000012<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>(Capital One Bank, N.A.)<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $1,514.55 | $1,514.55 |
| 000013<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $23,911.46 | $23,911.46 |
| 000014<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $14,737.06 | $14,737.06 |
| 000015<br>080<br>7200-00 | CBS Outdoor Inc<br>C/O Cheifetz Iannitelli Marcolini, P.c.<br>111 West Monroe St. 17th Floor<br>Phoenix, AZ 85003 | Unsecured | | $0.00 | $11,130.94 | $11,130.94 |
| 000016<br>080<br>7200-00 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Unsecured | | $0.00 | $102,486.05 | $102,486.05 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 29, 2014 |

Case Number:  11-48088
Debtor Name:  WEBER, THEODORE A

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $364,911.29 | $364,911.29 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-48088
Case Name: WEBER, THEODORE A
              WEBER, JEANETTE R.
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009A | AXIS Capital, Inc. PO Box 2555 Grand Island, NE 68802 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorney for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Dept of Rev. Bankruptcy Section | $ | $ | $ |

Total to be paid for prior chapter administrative expenses  $_____

Remaining Balance  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Community First Credit Union<br>Po Box 1487<br>Appleton, WI 54912 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000006 | United Fincorp LLC<br>1776 22nd Street<br>Suite 100<br>West Des Moines, IA 50266 | $ | $ | $ |
| 000007 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ | $ | $ |
| 000008 | Sulvak LLC<br>3375 Belvidere Road<br>Unit G<br>Park City, IL 60085-6019 | $ | $ | $ |
| 000011 | Portfolio Recovery Associates, LLC<br>(Jc Penney)<br>POB 41067<br>Norfolk VA 23541 | $ | $ | $ |
| 000012 | Portfolio Recovery Associates, LLC<br>(Capital One Bank, N.A.)<br>POB 41067<br>Norfolk VA 23541 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | $ | $ | $ |
| 000014 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ | $ | $ |
| 000010B | ILL. DEPT. OF REVENUE<br>BANKRUPTCY SECTION<br>P. O. BOX 64338<br>CHICAGO, I60664-0338L | $ | $ | $ |
| 000009B | AXIS CAPITAL, INC.<br>P.O. BOX 2555<br>GRAND ISLAND, NE 68802 | $ | $ | $ |

      Total to be paid to timely general unsecured creditors      $_____

      Remaining Balance      $_____

     Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

     Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | CBS Outdoor Inc<br>C/O Cheifetz Iannitelli Marcolini, P.c.<br>111 West Monroe St. 17th Floor<br>Phoenix, AZ 85003 | $ | $ | $ |
| 000016 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors      $_____

Remaining Balance      $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE