UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
WEBER, THEODORE A                       §    Case No. 11-48088
WEBER, JEANETTE R.                      §
                                        §
                                        §
        Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 10/03/2014 in Courtroom ,

  North Branch Court
  1792 Nicole Lane
  Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: _____
                                             Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WEBER, THEODORE A § Case No. 11-48088
WEBER, JEANETTE R. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 95.00 |
| leaving a balance on hand of[1] | $ | 4,905.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009A | AXIS Capital, Inc. PO Box 2555 Grand Island, NE 68802 | $ 22,493.71 | $ 22,493.71 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 4,905.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 127.13 | $ 0.00 | $ 127.13 |
| Attorney for Trustee Fees: COHEN & KROL, Attorney for Trustee | $ 2,382.50 | $ 0.00 | $ 2,382.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ 5.00 | $ 5.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,759.63 |
| Remaining Balance | $ 1,145.37 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Department of Revenue Bankruptc | $ 1,490.79 | $ 0.00 | $ 1,145.37 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 1,145.37 |
| Remaining Balance | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 193,573.18 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Community First Credit Union<br>Po Box 1487<br>Appleton, WI 54912 | $ 27,888.23 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 7,962.61 | $ 0.00 | $ 0.00 |
| 000004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 7,540.55 | $ 0.00 | $ 0.00 |
| 000005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 11,089.71 | $ 0.00 | $ 0.00 |
| 000006 | United Fincorp LLC<br>1776 22nd Street<br>Suite 100<br>West Des Moines, IA 50266 | $ 16,402.42 | $ 0.00 | $ 0.00 |
| 000007 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 29,342.90 | $ 0.00 | $ 0.00 |
| 000008 | Sulvak LLC<br>3375 Belvidere Road<br>Unit G<br>Park City, IL 60085-6019 | $ 50,753.15 | $ 0.00 | $ 0.00 |
| 000011 | Portfolio Recovery Associates, LLC<br>(Jc Penney)<br>POB 41067<br>Norfolk VA 23541 | $ 2,430.54 | $ 0.00 | $ 0.00 |
| 000012 | Portfolio Recovery Associates, LLC<br>(Capital One Bank, N.A.)<br>POB 41067<br>Norfolk VA 23541 | $ 1,514.55 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | $ 23,911.46 | $ 0.00 | $ 0.00 |
| 000014 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 14,737.06 | $ 0.00 | $ 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 113,616.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | CBS Outdoor Inc<br>C/O Cheifetz Iannitelli Marcolini, P.c.<br>111 West Monroe St.<br>17th Floor<br>Phoenix, AZ 85003 | $ 11,130.94 | $ 0.00 | $ 0.00 |
| 000016 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | $ 102,486.05 | $ 0.00 | $ 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

               Prepared By: /s/JOSEPH E. COHEN
                            TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 11-48088-ABG
Theodore A Weber                                                        Chapter 7
Jeanette R. Weber
          Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: ahamilton              Page 1 of 3                  Date Rcvd: Sep 08, 2014
                              Form ID: pdf006              Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2014.
db           #+Theodore A Weber,    424 Megan Place,    Winthrop Harbor, IL 60096-1059
jdb          #+Jeanette R. Weber,    424 Megan Place,    Winthrop Harbor, IL 60096-1059
aty           +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18111975      +1st Natl Bk/Natl Bk Co,    Po Box 269,    Waupaca, WI 54981-0269
18753897      +AXIS Capital, Inc.,    PO Box 2555,    Grand Island, NE 68802-2555
18111983      +AXIS Capital, Inc.,    308 N. Locust St.,    Grand Island, NE 68801-5985
18111976       Accurate Plumbing, Inc.,    424 Megan Place,    Winthrop Harbor,    Winthrop Harbor, IL 60096-1059
18111978      +Alldata,    9650 West Taron Drive,    Elk Grove, CA 95757-8197
18111979       American Coradius International,    2420 Sweet Home Road,    Suite 150,    Buffalo, NY 14228-2244
18111980      +Apex Financial Management LLC,    1120 W. Lake Cook Rd Suite A,    Buffalo Grove, IL 60089-1970
18111981      +Associated Recovery Systmes,    PO Box 469046,    Escondido, CA 92046-9046
18111982      +AutoZone Inc.,    123 S. Front St.,    Memphis, TN 38103-3618
18588003     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,      PO Box 15102,
                Wilmington, DE 19886-5102)
18111984      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
18111985      +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
18111987      +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
18111988      +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
18111990       Bk Of Amer,    De5-019-03-07,    Newark, DE 19714
18111991      +Blitt & Gaines, PC,    661 W. Glenn Avenue,    Wheeling, IL 60090-6017
18111992     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
18944578      +CBS Outdoor Inc,    C/O Cheifetz Iannitelli Marcolini, P.c.,     111 West Monroe St. 17th Floor,
                Phoenix, AZ 85003-1746
18111995      +CBS Outdoor Inc.,    405 Lexington Avenue,    New York, NY 10174-0002
18112002      +CIGPF I Corp,    PO Box 3997,    Saint Joseph, MO 64503-0997
18112009     ++COMMUNITY FIRST CREDIT UNION,    PO BOX 1487,    APPLETON WI 54912-1487
              (address filed with court: Community First Credit Union,      2626 S Oneida St,
                Appleton, WI 54915)
18111994      +Capital One Bank,    PO BOX 30281,    Attn: Bankruptcy Department,
                Salt Lake City, UT 84130-0281
18111998      +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18111997      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18111996      +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
18111999      +Chase Bank USA, NA,    Po Box 15298,    Wilmington, DE 19850-5298
18112001      +Cheifetz, Iannitelli Marcolini PC,    111 W. Monroe Street,    Phoenix, AZ 85003-1746
18112003      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18112004      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
18112011      +Country Manor Property Owners,    460 N. Main Street,    Antioch, IL 60002-3000
18112014      +Encore,    400 N. Rodgers Rd,    Olathe, KS 66062-1212
18112020      +FP Mailing Solutions,    140 N. Mitchell Court,    Addison, IL 60101-7200
18112016       Financial Asset Management Systems,     PO Box 451409,    Atlanta, GA 31145-9409
18112017      +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
18112018      +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
18754222       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,
                Chicago, Illinois 60664-0338
18112022      +Integtrity Financial Partners Inc.,     4370 W. 109th Street, Suite 100,
                Overland Park, KS 66211-1316
18112023      +Intergrity Payment System LLC,    1700 Higgins Rd. Suite 690,    Des Plaines, IL 60018-6411
18112024      +Interstate Battery System of Northe,     1160 Flex Court,    Lake Zurich, IL 60047-1578
19586470       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                Rochester, MI 48308-0730
18112027      +Law Offices of Deborah S. Ashen Ltd,     217 N. Jefferson,    Suite 601,    Chicago, IL 60661-1114
18112029      +Marcoa Publishing, Inc,    P.O. Box 509100,    San Diego, CA 92150-9100
18112030      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
18112034      +Northstar Location Services, LLC,    4285 Genesse Street,    Cheektowaga, NY 14225-1943
18112037      +O'Reilly Auto Parts, Inc.,    233 S. Patterson,    Springfield, MO 65802-2298
18112038      +O.K. Credit Reportin (Original Cred,     108 N Water St,    New London, WI 54961-1208
18762900     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,      (Capital One Bank, N.A.),
                POB 41067,    Norfolk VA 23541)
18112039      +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
18112040      +Pierce & Associates,    1 North Dearborn,    Suite 1300,    Chicago, IL 60602-4373
18112041      +Portfolio Recvry&Affil (Original Cr,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
18112044       RMS,    4836 Brecksville Rd.,    P.O. Box 523,    Park City, IL 60085
18112042      +Receivable Management Services,    4836 Brecksville Road,    PO Box 523,
                Richfield, OH 44286-0523
18112043      +Redcats USA,    463 7th Avenue,    New York, NY 10018-7604
18112048      +SPOUS Products,    700 Milam,    Houston, TX 77002-2806
18112049      +SRA Associates Inc,    401 Minnetonka Rd.,    Hi Nella, NJ 08083-2914
18112046       Shaw Suburban Media,    P.O. Box 258,    Grayslake, IL 60030
18112047      +Shell Oil Products US Lubricants,    910 Louisiana St.,    Houston, TX 77002-4941
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 3              Date Rcvd: Sep 08, 2014
                              Form ID: pdf006              Total Noticed: 88


18112050      +Sst/Cigpf1co,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
18112051      +Sst/Cigpficorp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
18112052      +Sst/Columbus,    4315 Pickett,    Saint Joseph, MO 64503-1600
18112053      +Sulvak LLC,    3375 Belvidere Road,    Unit G,    Park City, IL 60085-6037
18112054      +United Commercial Collections,    4455 Genesee Street,    Buffalo, NY 14225-1955
18112057       Van Lieshout Law Office,    122 E. Main Street,    PO Box 186,    Little Chute, WI 54140-0186
18112058      +Veolia Environmental Services,    208 S. Lasalle Street,    Suite 814,    Chicago, IL 60604-1101
18112059      +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
18112070      +Wolf River Propane,    PO Box 87,    New London, WI 54961-0087
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18112005      +E-mail/Text: cmcsmi@cmcs.com Sep 09 2014 00:59:49     CMCS,    822 E. Grand River,
               Brighton, MI 48116-1802
18112006      +E-mail/Text: cmcsmi@cmcs.com Sep 09 2014 00:59:49     CMCS Premium Recovery Services,
               822 E. Grand River,    Brighton, MI 48116-1802
18112008      +E-mail/Text: legalcollections@comed.com Sep 09 2014 01:00:53     COMED,    Po Box 6111,
               Carol Stream, IL 60197-6111
18111993      +E-mail/Text: cms-bk@cms-collect.com Sep 09 2014 00:59:16     Capital Management Services LP,
               726 Exchange Street Suite 700,    Buffalo, NY 14210-1464
18112010      +E-mail/Text: collections@cafcu.org Sep 09 2014 01:00:29     Corporate America Fcu,
               2075 Big Timber Rd,    Elgin, IL 60123-1140
18525998       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2014 01:06:44     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18112012      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2014 01:06:44     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
18112015      +E-mail/Text: bknotice@erccollections.com Sep 09 2014 00:59:49
               Enhanced Recovery Co L (Original Cr,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18112021       E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2014 01:05:55     Gemb/Jcp,    Po Box 984100,
               El Paso, TX 79998
18152322       E-mail/Text: ECF@SHERMETA.COM Sep 09 2014 00:59:54     JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
18112028      +E-mail/Text: bankruptcy@leadingedgerecovery.com Sep 09 2014 00:59:47
               Leading Edge Recovery Solution,    Po Box 129,    Linden, MI 48451-0129
18112031      +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 09 2014 01:00:01
               NCO Financial System INC,    507 Prudential Rd,    Horsham, PA 19044-2368
18112032      +E-mail/Text: wguerrero@ncsplus.com Sep 09 2014 00:59:12     NCSPlus Incorporated,
               117 East 24th Street,    New York, NY 10010-2919
18524975      +E-mail/Text: bncmail@w-legal.com Sep 09 2014 00:59:54     PHARIA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18921811      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2014 01:04:39
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
18112045      +E-mail/PDF: pa_dc_claims@navient.com Sep 09 2014 01:04:37     Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
18765974      +E-mail/PDF: pa_dc_claims@navient.com Sep 09 2014 01:04:37     Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
18112056      +E-mail/Text: mhopson@unitedfincorp.com Sep 09 2014 01:00:31     United Fincorp LLC,
               1776 22nd Street,    Suite 100,    West Des Moines, IA 50266-1444
18112069      +E-mail/Text: Bankruptcy-Notifications@we-energies.com Sep 09 2014 00:58:52
               Wisconsin Electric,    333 W Everett Pob 2046,    Milwaukee, WI 53201-2046
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18111986*     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
18331568*    ++COMMUNITY FIRST CREDIT UNION,    PO BOX 1487,    APPLETON WI 54912-1487
             (address filed with court: Community First Credit Union,     Po Box 1487,    Appleton, WI 54912)
18112000*     +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
18112013*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
18112019*     +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
18112035*     +Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
18112036*     +Northstar Location Services, LLC,    4285 Genesse Street,    Cheektowaga, NY 14225-1943
18758384*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     (Jc Penney),    POB 41067,
               Norfolk VA 23541)
18112055*     +United Commercial Collections,    4455 Genesee Street,    Buffalo, NY 14225-1955
18112060*     +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
18112061*     +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
18112062*     +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
18112063*     +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
18112064*     +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
18112065*     +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
18112066*     +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
18112067*     +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
18112068*     +Weber Automotive dba All Tune & Lub,    3375 Belvidere Road,    Unit A,    Waukegan, IL 60085-6037
```

```
District/off: 0752-1          User: ahamilton             Page 3 of 3                   Date Rcvd: Sep 08, 2014
                              Form ID: pdf006             Total Noticed: 88

18111977       ##+Ada Morris & Benny Alvarez,    3509 Ruby St.,    Franklin Park, IL 60131-1743
18111989       ##+Bennie Alvarez,    3509 Ruby St.,    Franklin Park, IL 60131-1743
18112007       ##+Coface Collections North America In,     P.O. Box 8510,    Metairie, LA 70011-8510
18112026       ##+Jeannette Weber,    424 Megan Harbor,    Winthrop Harbor, IL 60096-1059
18112025       ##+Jeannette Weber,    424 Megan,    Winthrop Harbor, IL 60096-1059
18112033       ##+North Shore Gas,    P.O. Box A3991,    Chicago, IL 60690-3991
                                                                                            TOTALS: 0, * 18, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2014 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Dana N O'Brien    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP FKA Countrywide Home Loans Servicing LP dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Dariusz T Wator    on behalf of Debtor Theodore A Weber dwator@mecenaschicago.com,
               yan@ytlawfirm.com
              Dariusz T Wator    on behalf of Joint Debtor Jeanette R. Weber dwator@mecenaschicago.com,
               yan@ytlawfirm.com
              E. Philip Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Maria Georgopoulos    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10