UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| WEBER, THEODORE A | § | Case No. 11-48088 |
| WEBER, JEANETTE R. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN _____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1st Natl Bk/Natl Bk Co 1224 N Hobart St Pampa, TX 79065 |  |  |  |  |  |
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | | | | |
| | Chase Bank Usa, Na Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 901039 Fort Worth, TX 76101 | | | | | |
| | Corporate America Fcu 2075 Big Timber Rd Elgin, IL 60123 | | | | | |
| 000009A | AXIS CAPITAL, INC. | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL, ATTORNEY FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AXIS Capital, Inc. 308 N. Locust St. P.O. box 2555 Grand Island, NE 68802 |  |  |  |  |  |
|  | Ada Morris & Benny Alvarez 3509 Ruby St. Franklin Park, IL 60131 |  |  |  |  |  |
|  | Alldata 9650 West Taron Drive Elk Grove, CA 95757 |  |  |  |  |  |
|  | American Coradius International 2420 Sweet Home Road Suite 150 Buffalo, NY 14228-2244 |  |  |  |  |  |
|  | AutoZone Inc. 123 S. Front St. Memphis, TN 38103 |  |  |  |  |  |
|  | Bank Of America Po Box 1598 Norfolk, VA 23501 |  |  |  |  |  |
|  | Bank Of America Po Box 1598 Norfolk, VA 23501 |  |  |  |  |  |
|  | Barclays Bank Delaware P.O. Box 8803 Wilmington, DE 19899 |  |  |  |  |  |
|  | Bk Of Amer De5-019-03-07 Newark, DE 19714 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CBS Outdoor Inc. 405 Lexington Avenue New York, NY 10174 | | | | | |
| | CMCS 822 E. Grand River Brighton, MI 48116 | | | | | |
| | COMED Po Box 6111 Carol Stream, IL 60197 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase Bank USA, NA Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Community First Credit Union 2626 S Oneida St Appleton, WI 54915 | | | | | |
| | Country Manor Property Owners 460 N. Main Street Antioch, IL 60002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Enhanced Recovery Co L (Original Cr 8014 Bayberry Rd Jacksonville, FL 32256 |  |  |  |  |  |
|  | FP Mailing Solutions 140 N. Mitchell Court Addison, IL 60101 |  |  |  |  |  |
|  | First Data 265 Broad Hollow R Melville, NY 11747 |  |  |  |  |  |
|  | Gemb/Jcp Po Box 984100 El Paso, TX 79998 |  |  |  |  |  |
|  | Intergrity Payment System LLC 1700 Higgins Rd. Suite 690 Des Plaines, IL 60018 |  |  |  |  |  |
|  | Interstate Battery System of Northe 1160 Flex Court Lake Zurich, IL 60047 |  |  |  |  |  |
|  | Marcoa Publishing, Inc P.O. Box 509100 San Diego, CA 92150 |  |  |  |  |  |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | North Shore Gas P.O. Box A3991 Chicago, IL 60690 | | | | | |
| | O'Reilly Auto Parts, Inc. 233 S. Patterson Springfield, MO 65802 | | | | | |
| | O.K. Credit Reportin (Original Cred 108 N Water St New London, WI 54961 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Portfolio Recvry&Affil (Original Cr 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | | | | |
| | RMS 4836 Brecksville Rd. P.O. Box 523 Park City, IL 60085 | | | | | |
| | Redcats USA 463 7th Avenue New York, NY 10018 | | | | | |
| | Shaw Suburban Media P.O. Box 258 Grayslake, IL 60030 | | | | | |
| | Shell Oil Products US Lubricants 910 Louisiana St. Houston, TX 77002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sst/Cigpf1co 4315 Pickett Road Saint Joseph, MO 64503 | | | | | |
| | Sst/Cigpficorp 4315 Pickett Rd Saint Joseph, MO 64503 | | | | | |
| | Sst/Columbus 4315 Pickett Saint Joseph, MO 64503 | | | | | |
| | Sulvak LLC 3375 Belvidere Road Unit G Waukegan, IL 60085-6019 | | | | | |
| | United Commercial Collections 4455 Genesee Street Buffalo, NY 14225 | | | | | |
| | United Fincorp LLC 1776 22nd Street Suite 100 West Des Moines, IA 50266 | | | | | |
| | Veolia Environmental Services 208 S. Lasalle Street Suite 814 Chicago, IL 60604 | | | | | |
| | Wisconsin Electric 333 W Everett Pob 2046 Milwaukee, WI 53201 | | | | | |
| 000002 | AXIS CAPITAL, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COMMUNITY FIRST CREDIT UNION | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000005 | DISCOVER BANK | | | | | |
| 000007 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | PHARIA L.L.C. | | | | | |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000012 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000014 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000013 | SALLIE MAE | | | | | |
| 000008 | SULVAK LLC | | | | | |
| 000006 | UNITED FINCORP LLC | | | | | |
| 000015 | CBS OUTDOOR INC | | | | | |
| 000016 | JPMORGAN CHASE BANK, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 11-48088   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WEBER, THEODORE A | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | WEBER, JEANETTE R. | 341(a) Meeting Date: | 01/13/12 |
| For Period Ending: | 12/17/14 | Claims Bar Date: | 05/21/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3326 N. Ruby Franklin Park, IL 60131 | 103,050.00 | 0.00 | | 0.00 | FA |
| 2. 424 Megan Place Winthrop Harbor, IL 60096 | 199,750.00 | 0.00 | | 0.00 | FA |
| 3. Roller Home 8949 Riverview ln. Freemont, WI 54940 | 58,583.00 | 0.00 | | 0.00 | FA |
| 4. Corporate America Family Credit Union Member No.: | 3,255.86 | 0.00 | | 0.00 | FA |
| 5. All items at replacement value: love seat sofa, co | 500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing valued at used clothing store prices Loca | 500.00 | 0.00 | | 0.00 | FA |
| 7. AT&T Inc. Retirement Savings Balance - $66,116.20 | 69,116.20 | 0.00 | | 0.00 | FA |
| 8. 2003 RV Class B Plus VIN # 1FDXE45S03HA83979 - Mil | 20,000.00 | 0.00 | | 5,000.00 | FA |
| 9. 1999 Ford Expedition VIN# 1FMMPU18L5XLC29429 Milea | 1,492.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Jeep Grand Cheereoke VIN# 154HR48N46C118473 M | 5,200.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $461,447.06 | $0.00 | | $5,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE NEGOTIATING WITH DEBTOR TO PURCHASE BACK THE TRUSTEE'S INTEREST IN VEHICLES.  TRUSTEE HAS FILED A MOTION FOR
TURNOVER OF VEHICLES.  DEBTOR IS PURCHASING VEHICLE BACK FROM THE TRUSTEE.  DEBTORS MAKING INSTALLMENT PAYMENTS TO THE
TRUSTEE.  THE DEBTORS STILL OWE 3 INSTALLMENTS TO THE TRUSTEE - January 16, 2014.  TRUSTEE HAS RECEIVED ALL INSTALLMENTS
PAYMENTS FROM THE DEBTOR AND IS PREPARING HIS TFR - July 7, 2014.  TRUSTEE'S TFR WAS FILED ON 8/29/14 WITH A FINAL
HEARING CONDUCTED ON 10/3/14 - October 31, 2014.  TRUSTEE HAS MADE HIS DISTRIBUTION AND IS SUBMITTING HIS TDR TO THE UST
FOR REVIEW - December 17, 2014.

Initial Projected Date of Final Report (TFR): 05/31/14    Current Projected Date of Final Report (TFR): 08/31/14

LFORM1

Ver: 18.03a

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-48088 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WEBER, THEODORE A | Bank Name: | ASSOCIATED BANK |
| | WEBER, JEANETTE R. | Account Number / CD #: | *******2432 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7323 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/28/13 | 8 | JEANNETTE & THEODORE WEBER | | 1129-000 | 500.00 | | 500.00 |
| 07/31/13 | 8 | JEANNETTE & THEODORE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 1,000.00 |
| 09/09/13 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 1,500.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| 09/18/13 | 8 | JEANNETTE & THEORDORE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 1,990.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,980.00 |
| 11/06/13 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 2,480.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,470.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,460.00 |
| 12/17/13 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 2,960.00 |
| 12/31/13 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 3,460.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,450.00 |
| 02/05/14 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 3,950.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,940.00 |
| 02/25/14 | 8 | JEANNETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 4,440.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,430.00 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 5.00 | 4,425.00 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,415.00 |
| 04/08/14 | 8 | JEANETTE WEBER | Sale of Vehicle | 1129-000 | 500.00 | | 4,915.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,905.00 |
| * 07/16/14 | 300002 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Fees Trustee Fees | | | 1,377.13 | 3,527.87 |
| | | | Fees      1,250.00 | 2100-003 | | | |
| | | | Expenses    127.13 | 2200-003 | | | |

Page Subtotals        5,000.00        1,472.13

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-48088 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WEBER, THEODORE A | Bank Name: | ASSOCIATED BANK |
|  | WEBER, JEANETTE R. | Account Number / CD #: | *******2432 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7323 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/16/14 | 300002 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees | | | -1,377.13 | 4,905.00 |
| | | | Fees ( 1,250.00 ) | 2100-003 | | | |
| | | | Expenses ( 127.13 ) | 2200-003 | | | |
| * 07/16/14 | 300003 | COHEN & KROL, Attorney for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | 2,382.50 | 2,522.50 |
| * 07/16/14 | 300003 | COHEN & KROL, Attorney for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-003 | | -2,382.50 | 4,905.00 |
| * 07/16/14 | 300004 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000010A, Payment 76.82973% | 6820-003 | | 1,145.37 | 3,759.63 |
| * 07/16/14 | 300004 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000010A, Payment 76.82973% | 6820-003 | | -1,145.37 | 4,905.00 |
| 10/06/14 | 300005 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 1,377.13 | 3,527.87 |
| | | | Fees 1,250.00 | 2100-000 | | | |
| | | | Expenses 127.13 | 2200-000 | | | |
| 10/06/14 | 300006 | COHEN & KROL, Attorney for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,588.34 | 1,939.53 |
| 10/06/14 | 300007 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 794.16 | 1,145.37 |
| 10/06/14 | 300008 | Illinois Department of Revenue Bankruptcy Section | Claim 000010A, Payment 76.82973% | 6820-000 | | 1,145.37 | 0.00 |

Page Subtotals     0.00     3,527.87

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-48088 -ABG |
| Case Name: | WEBER, THEODORE A |
| | WEBER, JEANETTE R. |
| Taxpayer ID No: | *******7323 |
| For Period Ending: | 12/17/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2432 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 64338 Chicago, Illinois 60664-0338 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 5,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2432 | 5,000.00 | 5,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.00 | 5,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*